```
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, JASON JOHNSON
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON ERIC JOHNSON ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO: 2:13-mj-853-GWF |

## SUBSTITUTION OF ATTORNEY

JASON ERIC JOHNSON, Defendant hereby substitutes **RICHARD A. SCHONFELD, ESQ.**, Chesnoff & Schonfeld, 520 South Fourth Street, Las Vegas, Nevada 89101, (702) 384-5563, as attorney of record in place and stead of **ELISA VASQUEZ, ESQ.** and the Federal Public Defender's Office.

DATED this 22 day of October, 2013.

_____
JASON ERIC JOHNSON, Defendant

I consent to the above substitution.

DATED this 23 day of October, 2013.

_____
ELISA VASQUEZ, ESQ.
Federal Defender's Office

I am dully admitted to practice in this District.

Above substitution accepted.

DATED this 22nd day of October, 2013.

RICHARD A. SCHONFELD, ESQ.

RETAINED  X     APPOINTED BY COURT _____

**APPROVED**

DATED   October 29, 2013    .

UNITED STATES MAGISTRATE JUDGE

2